UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-2167 JRT/RLE

ORIGINAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SANDRA KNUTSEN,<br>Defendant. | ) | STIPULATION AND ORDER |

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including December 1, 2000, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: November 6, 2000

B. TODD JONES
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: November 10, 2000

Sandra Knutsen Hunter
Sandra Knutsen,
Defendant

IT IS SO ORDERED.

Dated: 11/15/00

Raymond L. Erickson
United States Magistrate Judge
United States District Court

FILED NOV 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK