UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2167 JRT/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG KNUTSEN,<br><br>Defendant,<br><br>FIRST NATIONAL BANK,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about March 28, 2002.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about April 1, 2002 indicating that defendant did not have bank accounts with garnishee.

On or about March 28, 2002, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

Because Garnishee is not in custody, control or possession of any property owned by defendant, this Writ of Garnishment should be released.

(22)

FILED APR 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK mp

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on First National Bank is hereby released.

Dated: 4/29/02

Raymond L. Erickson

Magistrate Judge
United States District Court